Roger Allen POSTMUS, Plaintiff–Appellant,

v.

WYETH–AYERST LABORATORIES; et al., Defendants–Appellees.

No. 01–35747.

D.C. No. CV 01–00589–BR.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 17, 2002.

Before O'SCANNLAIN, BERZON, and, RAWLINSON, Circuit Judges.

MEMORANDUM**

Roger Allen Postmus appeals pro se the district court's dismissal for failure to state a claim of his diversity action against several pharmaceutical companies and a bank,

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Postmus's motion for oral argument is denied.

alleging conspiracy, fraud, negligence, product liability, medical malpractice, false arrest, and wrongful death. We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm.

We review de novo the district court's sua sponte dismissal of the complaint under Fed.R.Civ.P. 12(b)(6). *Thompson v. Davis*, 282 F.3d 780, 783 (9th Cir.2002). The district court properly dismissed Postmus's action because his claims were legally frivolous. *See Denton v. Hernandez*, 504 U.S. 25, 33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992). Postmus was given leave to amend his complaint before it was dismissed and he failed to cure its defects. *See Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir.2000).

All pending motions are denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.